IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JUSTIN S. WHITE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:09-CV-0040 |
| | § | |
| RICK THALER, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING FINDINGS OF THE UNITED
STATES MAGISTRATE JUDGE ON REMAND**

On October 19, 2012, the United States Magistrate Judge entered findings in this case in response to the remand issued by the Fifth Circuit Court of Appeals. As of this date, neither party has filed objections to the Findings. The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Findings are hereby ADOPTED. The United States District Clerk shall prepare a supplemental record for transmittal to the Fifth Circuit Court of Appeals.

IT IS SO ORDERED.

ENTERED this 7th day of November 2012.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE